UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KEITH BULLARD,

               Plaintiff,               Case No. 1:25-cv-1484

v.

                                      Honorable Ray Kent

HEIDI WASHINGTON et al.,

               Defendants.

_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   June 29, 2026                /s/ Ray Kent
                                          Ray Kent
                                          United States Magistrate Judge